IN THE MATTER OF THE APPLICATION OF JOHN
LENKOWSKI FOR A WRIT OF *HABEAS CORPUS.*

Argued January 3, 1955—Decided January 10, 1955.

192

' *Mr. Joseph Butt* argued the cause for the appellant.

*Mr. Benjamin Asbell* argued the cause for the respondent (*Mr. Mitchell H. Cohen,* County Prosecutor, *Mr. I. V. Di-Martino,* of counsel).

PER CURIAM.   The judgment is affirmed for the reasons expressed in the opinion of the court below.

*For affirmance*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*For reversal*—None.